Name & Address:
KENNETH A. FEINSWOG, Bar No. 129562
6701 Center Drive West, Suite 610
Los Angeles, California 90045
Telephone: (310) 846-5800

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC.<br><br>PLAINTIFF(S)<br>v.<br>XIT, INC. a/k/a X-iT! and CLARKE DUNDAS<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV10 5356-GAF(Ex)**<br><br>SUMMONS |

TO:   DEFENDANT(S): XIT, INC. a/k/a X-iT! and CLARKE DUNDAS

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __KENNETH A. FEINSWOG__, whose address is __6701 Center Drive West, Suite 610, Los Angeles, California 90045__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __21 JUL 2010__         By: __MARILYN DAVIS__
                                   Deputy Clerk
                                   *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*