KENNETH A. FEINSWOG
kfeinswog@aol.com
Bar No. 129562
6701 Center Drive West, Suite 610
Los Angeles, California 90045
Telephone: (310) 846-5800
Fax: (310) 846-5801

Attorney for Plaintiff

FILED
10 JUL 21 AM 11: 32
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT
# OF CALIFORNIA

-----------------------------------------------------------X

BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC.,

              Plaintiff,

-against-

XIT, INC. a/k/a X-iT! and CLARKE DUNDAS,

              Defendants.

-----------------------------------------------------------X

CIVIL ACTION NO.
CV10 5356-GAF (Ex)

**CERTIFICATION AS TO
INTERESTED PARTIES**

    The undersigned, counsel of record for plaintiff, certifies that the following listed party may have a pecuniary interest in the outcome of this case. This representation is made to enable the Court to evaluate possible disqualification or recusal.

1

1     1.     Vivendi - A public company that owns all the stock in plaintiff.

Dated: July 15, 2010            Respectfully submitted,
        Los Angeles, CA

By: _____
     KENNETH A. FEINSWOG
     Attorney for Plaintiff
     6701 Center Drive West, Suite 610
     Los Angeles, CA 90045
     Telephone: (310) 846-5800
     Fax: (310)-846-5801